BEFORE THE SECOND DIVISION, JULY 14, 1939

**No. 41824.**—Protest 214066–G of Fashion Bilt Gown Co. (New York).

Opinion by TILSON, J.   From the record it was found that certain of the items consist of Normandy laces similar to those the subject of *United States* v. *Amrein*

(26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.